**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| BILLY HAROLD CRUDUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00167 ACL |
| | ) | |
| BILL STANGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is plaintiff's motion requesting that the U.S. Marshals Service effect service of process on defendants Phillip Dobbs, Pierce Yount, Yolanda Farmer and Emily Aether on his behalf. Plaintiff states that he has less than $.09 in his inmate account, and he is unable to pay for service of process on defendants.

Although the Court will deny plaintiff's current motion without prejudice because he has failed to submit proof of his indigent status, he may submit a certified copy of his inmate account statement, no later than twenty-one (21) days of the date of this Memorandum and Order, as evidence of his indigent status. If plaintiff's account statement shows a lack of funds, the Court will order the Marshals Service to effect service on defendants on his behalf.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to effect service on his behalf [ECF No. 31] is **DENIED at this time**.

**IT IS FURTHER ORDERED** that within twenty-one (21) days of the date of this Order, plaintiff shall submit to the Court a certified copy of his inmate account statement.

**IT IS FURTHER ORDERED** that if plaintiff's inmate account statement shows that he is indigent, the Court will order the Marshals Service to effect service on defendants on his behalf.

Dated this 3rd day of July, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE