# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| BILLY HAROLD CRUDUP, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-CV-00167 ACL |
| BILL STANGE, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion requesting that the U.S. Marshals Service effect service of process on defendants Phillip Dobbs, Pierce Yount, Yolanda Farmer and Emily Aether on his behalf. Upon review of the account statement provided by plaintiff, the Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to effect service on his behalf [ECF No. 31] is **GRANTED.**

**IT IS FURTHER ORDERED** that in accordance with the Opinion, Memorandum and Order issued on June 18, 2024, the Clerk of Court shall issue process or cause process to issue upon the complaint as to defendants Phillip Dobbs, Pierce Yount and Yolanda Farmer in their individual capacities as to plaintiff's claims for excessive force under the Eighth Amendment. As defendants are employed by the **Missouri Department of Corrections**, the Clerk shall serve defendants through the waiver agreement this Court maintains with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED** that in accordance with the Opinion, Memorandum and Order issued on June 18, 2024, the Clerk of Court shall issue process or cause process to issue upon the complaint as to defendants Pierce Yount and Yolanda Farmer in their individual capacities as to plaintiff's claims for failure to intervene under the Eighth Amendment. As defendants are employed by the **Missouri Department of Corrections**, the Clerk shall serve defendants through the waiver agreement this Court maintains with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED**, that in accordance with the Opinion, Memorandum and Order issued on June 18, 2024, the Clerk of Court shall issue process or cause process to issue upon the complaint as to defendant Nurse Emily Aether in her individual capacity as to plaintiff's claim for deliberate indifference to his serious medical needs under the Eighth Amendment. As defendant is employed by **Centurion**, the Clerk shall serve defendant through the waiver agreement this Court maintains with Centurion Health Services.

Dated this 15th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Henry Edward Autrey_
　　　　　　　　　　　　　　　　　　　　　　　HENRY EDWARD AUTREY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE