UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DISTRICT

| | |
|---|---|
| BILLY HAROLD CRUDUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  1:23-CV-00167 ACL |
| ) | |
| BILL STANGE, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon the Missouri Department of Corrections' *ex parte* response to this Court's Notice and Request for Waiver of Service dated August 1, 2024.

Legal Counsel for the Department of Corrections indicated in correspondence to the Court on August 1, 2024, that it was unable to waive service on behalf of defendants Pierce Yount and Phillip Dobbs. These defendants are no longer employed by the Missouri Department of Corrections. Counsel for the Missouri Department of Corrections, therefore, provided home addresses for defendants Yount and Montgomery where they could be served. *See* ECF No. 39.

The Court will direct the Clerk of Court to effectuate service of process on defendants Yount and Montgomery at their home addresses through the United States Marshal's Service, using the address provided in docket number 39. Copies of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Service upon defendants Pierce Yount and Phillip Dobbs at the addresses provided in docket number 39.

**IT IS FURTHER ORDERED** that copies of the summons and the return of summons shall be **filed under seal and *ex parte***.

**IT IS FURTHER ORDERED** that the Clerk shall update the docket to reflect the following defendants' proper names: Yulaunda Farmer and Emily Achter.

Dated this 13th day of August, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE